IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MASONRY INDUSTRY TRUST         Civ. No. 6:09-cv-1383-AA
ADMINISTRATION, INC., an Oregon         ORDER
corporation,

       Plaintiff,

   v.

DAVID PETROSKE, doing business as
D/J Caulkings and Coatings,

       Defendant.

Aiken, Chief Judge:

     Plaintiff filed suit to recover contributions owed by defendant David Petroske on behalf of various employees who performed work covered by the applicable Collective Bargaining Agreement (CBA). See 29 U.S.C. §185(c); 29 U.S.C. § 1132(e). The court previously granted summary judgment in favor of plaintiff. Now before the court is plaintiff's motion for attorney fees and costs.

1      - ORDER

Upon review of the submitted documents, plaintiff's Motion for Attorneys Fees (doc. 104) and Bill of Costs (doc. 105) are GRANTED. Plaintiff is awarded $5,313.00 in attorney fees and $430.00 in costs.

IT IS SO ORDERED.

Dated this 25 day of March, 2013.

                                        */s/ Ann Aiken*
                                        Ann Aiken
                                   United States District Judge

2    - ORDER